**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1894**

---

PAUL JOSEPH DUGGAN,

Plaintiff - Appellant,

versus

WAYNE M. EVERD,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. John R. Hargrove, Senior District Judge.
(CA-93-2740-HAR)

---

Submitted: September 20, 1996      Decided: October 3, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Paul Joseph Duggan, Appellant Pro Se.  Henry Richard Duden, III,
Annapolis, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order imposing monetary sanctions, to be paid to the court for his violation of Federal Rule of Civil Procedure 11. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Duggan v. Everd</u>, No. CA-93-2740-HAR (D. Md. May 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2